# Exhibit B



### F5 BIG IP PEM | Getting Started with BIG-IP Policy Enforcement Manager

1,083 views • Oct 8, 2016                👍 6   👎 0   SHARE   SAVE   ...

**Palo Alto Training Video's**
3.46K subscribers                                            SUBSCRIBE

A load balancer is a device that acts as a reverse proxy and distributes network or application traffic across a number of servers. ... Layer 4 load balancers act upon data found in network and transport layer protocols (IP, TCP, FTP, UDP).

SHOW MORE

Comments are turned off



Up next                                    AUTOPLAY

**F5-LTM-Basics of Load balancing configuration and...**
Tech NK
49K views • 3 years ago

**BIG-IP F5 LOAD BALANCER CONFIGURATION**
Tesseract Global
143K views • 3 years ago

**F5 BIG IP | Getting Started with BIG IP Secure Web Gateway...**
Palo Alto Training Video's
2.3K views • 2 years ago

**F5 BIG IP APM | Getting Started with BIG IP Access Policy...**
Palo Alto Training Video's
10K views • 2 years ago

**iControl Architecture**
F5 DevCentral
3.6K views • 3 years ago

**Palo Alto Networks - Blocking Threads using APP ID**
Palo Alto Training Video's
238 views • 4 months ago

**ASM Demo 08 - Create a Security Policy Using Using...**
F5 Networks WW Field Enableme...
2.1K views • 1 year ago

**Microsoft Access 2016 Tutorial: A Comprehensive Guide to...**
Sali Kaceli
897K views • 3 years ago

**Configuring High Availability in F5 Big-IP LTM 11.x Config Syn...**
f5fpc
75K views • 6 years ago

**F5 BIG-IP Local Traffic Policies**
F5 DevCentral
8.7K views • 4 years ago



Palo Alto Networks 8.0 | Essential 10 | User-ID (PART-01)
Palo Alto Training Video's
8.3K views • 2 years ago



In 5 Minutes or Less: BIG-IP Advanced Firewall Manager
F5 Networks, Inc.
12K views • 7 years ago



What is HART Protocol?
RealPars ✓
Recommended for you



Build a DevOps Pipeline with Kubernetes and Apache…
DataStax Developers
328 watching
LIVE NOW



F5 APM Configuration Demo
SecureLink UK
36K views • 6 years ago



Coding is Not Difficult - Bill Gates
Soft Tech
1.5M views • 2 years ago



python live class
iNeuron iNtelligence
608 watching
LIVE NOW



Where Is Kim Jong-un? How Experts Track North Korea's…
The New York Times ✓
Recommended for you
New



World Record 438 Match-South Africa vs Australia- part 2
suhass997 Cricket ✓
Recommended for you



LINUX News 2020: Linus Torvalds & BIG Event,…
Linux
19K watching
LIVE NOW

Palo Alto Networks 8.0 | Essential 13 | Monitoring and…
Palo Alto Training Video's