# Exhibit C



SOLUTIONS    PRODUCTS    CUSTOMERS    SERVICES    COMMUNITY    PARTNERS    COMPANY

EN ▾



Products › BIG-IP Services

# BIG-IP Policy Enforcement Manager (PEM)

Improve network performance through effective policy management.

**See buying options**

**Learn more** about how F5 is helping service providers respond to COVID-19.

## THERE'S A POLICY FOR THAT.

With the pervasiveness of mobile devices, the Internet of Things, and 5G, your network has to be ready for what's next. BIG-IP Policy Enforcement Manager (PEM) is a policy enforcement function that gives you the network flexibility and control you need while delivering a reliable customer experience.

## What can BIG-IP PEM do for you?



**DRIVE REVENUE**

**INCREASE SATISFACTION**

**BOOST EFFICIENCY**

### DRIVE REVENUE

**Find new ways to monetize services.**
Implement services based on subscriber level, according to plan, location, and device. In addition to recognizing who should access what and when, you'll be able to gather data with network visibility. Create relevant plan tiers and offer new, over-the-top services based on user behavior patterns—then use BIG-IP PEM to enforce those plans and services.

**Read the datasheet >**

### RELATED CONTENT



SOLUTION PROFILE

**OPTIMIZE AND MONETIZE THE NETWORK WITH BIG-IP POLICY ENFORCEMENT MANAGER**

Read the PDF ›



## SEE HOW BIG-IP PEM WORKS.

Watch the video

## FEATURES

BIG-IP PEM gives you insight into your network's performance and your customers' behaviors—and the tools to act on them.



### Visibility

Gain in-depth network visibility of subscriber usage patterns to help manage network functions.



### Traffic classification

See which applications subscribers are using and how they're using them.



### Traffic steering

Enable new services and optimize network performance with layer 4–7 intelligent traffic steering.



### URL filtering

Protect your network and simplify compliance processes with customized URL filtering policies.



### Performance and scalability

Get up to 1.12 Tbps L4 throughput and support more than 1440 million concurrent sessions on a single chassis.



### On-the-fly signature updates

Keep your system up to date without incurring downtime or performance issues.



### Video optimization

Dynamically manage video streams using TCP-proxy based bandwidth controls or flow shaping capabilities.



### Header insertion

Append HTTP headers with information such as MSISDN, IMSI, and IP address, providing further subscriber awareness to the application or service to create a more personalized experience.

## CONSOLIDATE SERVICES ON A UNIFIED PLATFORM.

BIG-IP PEM works seamlessly with our other service provider solutions:

BIG-IP Carrier-Grade NAT (CGNAT) >

BIG-IP Diameter Traffic Management >



## SERVICE PROVIDER ESSENTIALS

Service providers are different. You have some of the biggest and most complex challenges in the communications world today. At F5, we don't just *understand* the challenges you face, many of us have lived them ourselves. That's why we developed the F5 Service Provider Essentials technical services program: to offer a specialized level of support for—and exclusively available to—our SP customers.

Get the Essentials ›

## GET STARTED

### Contact F5 Sales

We can assess your needs and connect you with the right cloud provider, reseller partner, or an F5 Sales Engineer.

**Contact F5 Sales**

### Start a trial

Experience F5 in action by testing our products in your pre-production environment.

**Get a free trial**

### Find a reseller

We're dedicated to building partnerships that drive your business forward.

**Find one now**

---

**YOUR APPS—FAST, AVAILABLE, AND SECURE—IN ANY CLOUD.**

With 20+ years of application service experience, F5 provides the broadest set of services and security for enterprise-grade apps, whether on-premises or across any multi-cloud environment.

**HAVE A QUESTION?** | Support and Sales ›    **FOLLOW US**

| 48 of the Fortune 50 rely on F5 | 85 offices in 43 countries | 20 plus years protecting apps |

**ABOUT F5**
- Corporate Information
- Newsroom
- Investor Relations
- Careers
- Contact Information
- Communication Preferences
- Product Certifications
- Diversity & Inclusion

**EDUCATION**
- Training
- Professional Certification
- LearnF5
- Free Online Training

**F5 SITES**
- F5.com
- DevCentral
- Support Portal
- Partner Central
- F5 Labs

©2020 F5, Inc. All rights reserved.
Policies | Privacy | Trademarks