# Exhibit E



### BIG-IP PEM Intelligent Service Chaining Demo

1,748 views • Mar 28, 2014

👍 2     👎 1     SHARE     SAVE     ...

**F5, Inc.**
11.8K subscribers

SUBSCRIBE

Demo Overview: The demo shows how bandwidth intensive applications, such as video streaming services, can cause significant network congestion. We show a graph indicating an increase in network utilization and congestion due to an increase in subscriber's usage of video on the

SHOW MORE

0 Comments     SORT BY

Add a public comment...

---

**Up next**                                    AUTOPLAY 🔘


François Locoh-Donou's 2020 Black History Month Fireside...
F5, Inc.
1.8K views • 2 months ago


How to protect your customers from the latest phishing attacks
F5, Inc.
241 views • 1 month ago


Three tips to improve employee engagement through tough...
F5, Inc.
1.7K views • 4 months ago


F5 Beacon: End to End App Visibility and Actionable...
F5, Inc.
862 views • 2 months ago


Prioritizing Vulnerability Management Using Machine...
F5, Inc.
137 views • 1 week ago


F5 Application Services on Microsoft Azure: An Overview
F5, Inc.
197 views • 2 months ago


Get simple, powerful, easy-to-consume Insights
F5, Inc.
85 views • 3 months ago


Top Attacks Against Financial Services Orgs 2017-19
F5, Inc.
291 views • 2 months ago


F5 Application Services on Alibaba Cloud: An Overview
F5, Inc.
129 views • 2 months ago


F5 Application Services on Google Cloud Platform: An...
F5, Inc.
209 views • 2 months ago


Striking a balance in turbulent times
F5, Inc.
246 views • 4 months ago


F5 Application Services on AWS: An Overview
F5, Inc.
616 views • 2 months ago


Advice for Navigating Change and Uncertainty
F5, Inc.
165 views • 4 months ago


F5 Beacon: Comprehensive Visibility and Analytics...
F5, Inc.
165 views • 2 months ago


Secure Access to all apps anywhere, anytime with F5 an...
F5, Inc.
1.1K views • 4 months ago


Developer Student Clubs 2020 Solution Challenge Demo Day
Google Developers ✓
967 watching
🔴 LIVE NOW


Integrate across your ecosystem for actionable...

F5, Inc.
166 views • 3 months ago

**Tracking Major Hurricane Laura: Latest forecast track & updates**
WWLTV
2.4K watching
LIVE NOW

**School of Intelligent, Live from Park Station - 26/08/20**
UCKG SA
242 watching
LIVE NOW

**How to make a Lego Safe - Easy Lego Tutorial - Lego Videos**
LEGO BRICK
1.7K watching
LIVE NOW

**BIG-IP F5 LOAD BALANCER CONFIGURATION**
CyberChapters