## CIVIL COVER SHEET ATTACHMENT

**Related Cases** (Including Present Action)

| Jurisdiction | Date Filed | Case Name | Case Number | Asserted Patent |
|---|---|---|---|---|
| Eastern District of Virginia | 9/15/2020 | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. F5 Networks, Inc. | 1:20-cv-1081 | US7548945 |
| Eastern District of Virginia | 9/15/2020 | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. F5 Networks, Inc. | 1:20-cv-1082 | US7860000 |
| Eastern District of Virginia | 9/15/2020 | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. F5 Networks, Inc. | 1:20-cv-1083 | US8248940 |
| Eastern District of Virginia | 9/15/2020 | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. F5 Networks, Inc. | 1:20-cv-1084 | US9172629 |
| Eastern District of Virginia | 9/15/2020 | WSOU Investments, LLC d/b/a Brazos Licensing and Development v. F5 Networks, Inc. | | US9584330 |