AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| U Investments, LLC d/b/a Brazos Licensing and Develop ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-1084 |
| F5 Networks, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WSOU Investments, LLC d/b/a Brazos Licensing and Development.

Date: 09/15/2020

/s/ Isaac Rabicoff
*Attorney's signature*

Isaac Rabicoff
*Printed name and bar number*

Rabicoff Law LLC
73 W Monroe St.
Chicago, IL 60603
*Address*

isaac@rabilaw.com
*E-mail address*

(773) 669-4590
*Telephone number*

*FAX number*