IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| WSOU Investments, LLC d/b/a Brazos Licensing and Development,<br><br>Plaintiff,<br><br>v.<br><br>F5 Networks, Inc.,<br><br>Defendant. | Case No. 1:20-cv-1084<br><br>Patent Case<br><br>Jury Trial Demanded |

### PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Dated: September 15, 2020   Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff
WSOU Investments, LLC d/b/a Brazos Licensing and Development**

**CERTIFICATE OF SERVICE**

1

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on September 15, 2020, via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff
